# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-342-734

**Effective Date of Registration:**
February 28, 2023
**Registration Decision Date:**
April 20, 2023

## Title

**Title of Work:** Memphis Chainsaw

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** September 30, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Sophia Parker Studios, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Sophia Parker Studios, Inc.
1651 Cody Ave., Flushing, NY, 11385, United States

## Rights and Permissions

**Organization Name:** A. Bruno Law
**Name:** Alyssa M. Bruno
**Email:** abruno@abrunolaw.com
**Telephone:** (610)258-4003
**Address:** P.O. Box 468
Easton, PA 18044 United States

## Certification



EXHIBIT

A

Page 1 of 2

**Name:** Alyssa M. Bruno, Esq.
**Date:** February 28, 2023

**Correspondence:** Yes

