# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-352-960**
Effective Date of Registration:
April 27, 2023
Registration Decision Date:
June 30, 2023

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: September 30, 2019 to November 17, 2019.

### Title

- **Title of Group:** Memphis Chainsaw Collection
- **Number of Photographs in Group:** 3

- **Individual Photographs:** I'm Starting a Country. This is the Flag.
  **Published:** September 2019

- **Individual Photographs:** Sunning Herself
  **Published:** October 2019

- **Individual Photographs:** Memphis Chainsaw
  **Published:** November 2019

### Completion/Publication

- **Year of Completion:** 2019
- **Earliest Publication Date in Group:** September 30, 2019
- **Latest Publication Date in Group:** November 17, 2019
- **Nation of First Publication:** United States

### Author

- **Author:** Sophia Parker Studios, Inc.
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

### Copyright Claimant



EXHIBIT B

Page 1 of 2

**Copyright Claimant:** Sophia Parker Studios, Inc.
1651 Cody Ave., Flushing, NY, 11385, United States

### Rights and Permissions

**Organization Name:** A. Bruno Law
**Address:** P.O. Box 468
Easton, PA 18044 United States

### Certification

**Name:** Alyssa M. Bruno
**Date:** April 27, 2023

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as XLS or PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.







# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-420-961**

**Effective Date of Registration:**
November 04, 2024
**Registration Decision Date:**
November 06, 2024

## Title

**Title of Work:** A Joyful Beast from a Parallel Universe

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** April 11, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Sophia Parker Studios, Inc.
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Sophia Parker Studios, Inc.
1651 Cody Ave., Flushing, NY, 11385, United States

## Limitation of copyright claim

**Material excluded from this claim:** sculpture
**Previous registration and year:** VA 2-342-734, 2023

**New material included in claim:** photograph

## Rights and Permissions

**Organization Name:** A. Bruno Law
**Name:** Alyssa M. Bruno
**Email:** abruno@abrunolaw.com
**Telephone:** (610)258-4003

Page 1 of 2

**Address:** P.O. Box 468
Easton, PA 18044 United States

## Certification

**Name:** Alyssa M. Bruno
**Date:** November 04, 2024

**Correspondence:** Yes

