# EXHIBIT C

# Unauthorized Farrah Apparel Products on Temperley London's website



https://www.temperleylondon.com/us/farrah-dress-black.html

Sign up to our newsletter for 10% off your order

FINAL SALE NOW ON • SHIPPING WORLDWIDE

United States • $ USD

New Arrivals   Shop   Sale   Bridal   Interiors   Collections   Temperley Tribe   World of Temperley

☑ Customer Service

## Farrah Dress

$2,455.00

COLOR: BLACK

SIZE:

What's My Size?

US2   US4   US6   US8   US10   US12   US14

📏 Size guide and care

ADD TO BAG

♥ ADD TO WISH LIST

🚚 Worldwide Delivery        ↩ Easy Returns

## DESCRIPTION

**Geometric embroidery meets goddess dressing.**

Effortlessly evoking Art Deco flair, the Farrah Dress is adorned with geometric embroidery and intricate ribbon work. Designed with puff sleeves, a sheer round neck and a floaty, floor-length skirt, this evening gown feels both demure and opulent. Stitched palm leaves elegantly frame and flatter your form, while filigree motifs and chequerboard details derive from the decorative interiors of 1920s Cunard liners. Play-up the retro glamour and sling the matching



Temperley

Sign up to our newsletter for 20% off your order

New Arrivals    Shop    Save    Bridal    Collections    Temperley Tribe    World of Temperley

## Farrah Dress

**$2,455.00**

COLOUR: BLACK

SIZE:

What's My Size?

Size guide and care

MORE COLOURS:

ADD TO BAG    ♥ ADD TO WISHLIST

Worldwide Delivery    Easy Returns

### DESCRIPTION

Geometric embroidery meets goddess drawing.

Like no other evening wear, Meet the the Farrah Dress is adorned with geometric embroidery and intricate ribbon-work. Designed with puff sleeves, a sheer round neck and a flowing floor-length slit, this evening gown feels both demure and opulent. Slicked palm-leaves elegantly frame and flatter your form, whilst elegant swirls and abstract details drawn from the decorative interiors of 1920s Cannel-lures. Play up the retro glamour and bring the modelling in a Farrah kimono over your shoulders.

### DETAILS

### SIZE & FIT

### NEED ASSISTANCE?







Temperley

Home > Shop > Sale > Sale > Studio > Exclusives > Temperley Tales > Needle & Temperley

Home / Farrah Dress

## Farrah Dress

$2,495.00

COLOR: BLACK

SIZE:

What's My Size?

HOW COLORS:

ADD TO BAG

Worldwide Delivery   Easy Returns

ADD TO WISHLIST

### DESCRIPTION

Geometric embroidery meets geodesic draping.

NEED ASSISTANCE?

https://www.tempereleylondon.com/us/farrah-dress-black.html

Temperley

Sign up to our newsletter for 10% off your order

New Arrivals    Shop    Sale    Bridal    Collections    Temperley Tribe    World of Temperley



## Farrah Dress

$2,455.00

COLOUR: BLACK

SIZE:

What's My Size?

MORE COLOURS

ADD TO BAG

Worldwide Delivery    Easy Return

ADD TO WISHLIST

### DESCRIPTION

Geometric embroidery meets goddess dressing.

### DETAILS

### SIZE & FIT

### NEED ASSISTANCE?







Sign up to our newsletter for 10% off your order

HONG/KONG KNITS ARE BACK | DISCOVER NOW

*Temperley*

United States - $ USD

New Arrivals · Shop · Bridal · Collections · Sale · Temperley Tribe · World of Temperley

⊠ Customer Service

## Farrah Dress

$2,455.00

COLOR: PASTEL, PARCHMENT

SIZE:
UK6 · UK8 · UK10 · UK12 · UK14 · UK16

📏 Size guide and care

MORE COLOURS:

♥ ADD TO WISH LIST

🚚 Worldwide Delivery      ⟲ Easy Returns

### DESCRIPTION

**Geometric embroidery meets goddess dressing.**

Effortlessly evoking Art Deco flair, the Farrah Dress is adorned with geometric embroidery and intricate ribbon work. Designed with puff sleeves, a sheer round neck and a floaty, floor-length skirt, this evening gown fuels both demure and opulent. Stitched palm leaves elegantly frame and flatter your form, while filigree motifs and chequerboard details derive from the decorative interiors of 1930s Cannes' floors. Play up the retro glamour and sling the matching satin Farrah Kimono over your shoulders.

### DETAILS

https://www.temperleylondon.com/us/farrah-dress-pastel-parchment.html

https://www.temperleylondon.com/us/farah-dress-pastel-parchment.html

Temperley

New Arrivals   Shop   Sale   Bridal   Collections   Temperley Take   World of Temperley



## Farah Dress

$2,455.00

COLOR: PASTEL PARCHMENT

SIZE:

MORE COLOURS:

**ADD TO WISHLIST**

### DESCRIPTION

Generate embroidery meets goddess dressing.

### DETAILS

### SIZE & FIT

### NEED ASSISTANCE?







https://www.temperleylondon.com/us/farrah-dress-pastel-parchment.html

Sign up to our newsletter for 10% off your order

HOME FLORAYA'S FEEL BACK BY REGENERATION

New Arrivals   Shop   Sale   Bridal   Collections   Temperley Rider   World of Temperley

Farrah Dress

$2,455.00

COLOUR: PASTEL PARCHMENT

SIZE

See guide and care

MORE COLOURS

ADD TO WISHLIST

Worldwide Delivery   Easy Returns

DESCRIPTION

Geometric embroidery meets goddess draping.

DETAILS

SIZE & FIT

NEED ASSISTANCE?



Temperley

US and States - $ USD

New Arrivals   Shop   Sale   Bridal   Collections   Temperley Index   World of Temperley

Sign up to our newsletter for 10% off your order

## Farrah Kimono

**$1,415.00**

COLOUR: BLACK

SIZE:

MORE COLOURS:

**ADD TO BAG**

Worldwide Delivery    Easy Returns

♥ ADD TO WISH LIST

### DESCRIPTION ‹

A luxurious yet lightweight outer layer.

### DETAILS ›

### SIZE & FIT ›



Sign up to our newsletter for 10% off your order

HONEYCOMB KNITS ARE BACK | DISCOVER NOW

New Arrivals    Shop    Bridal    Collections    Temperley Tribe    World of Temperley

United States - $ USD ▾

MORE COLOURS:

ADD TO BAG

♥ ADD TO WISH LIST

🚚 Worldwide Delivery    ↩ Easy Returns

DESCRIPTION

A luxurious yet lightweight outer layer.

Let the Farrah Kimono inject your closet with some 1930s glamour. Cut from crepe-backed satin, this languid layering piece comes in a relaxed, oversized fit with an open front and side splits for added movement. The sleek silhouette is punctuated with Art Deco inspired embroidery – from stitched palm leaves to geometric motifs. For all-out evening opulence, pair this kimono with the matching Farrah Dress. Or, wear it over T-shirts and jeans for a pleasing contrast.

DETAILS

SIZE & FIT

NEED ASSISTANCE?

☐ Customer Service

https://www.temperleylondon.com/us/farrah-kimono-black.html



https://www.temperleylondon.com/us/farrah-kimono-black.html

United States - $ USD ▾

*Temperley*

New Arrivals    Shop    Sale    Bridal    Collections    Temperley Robe    World of Temperley

Sign up to our newsletter for 10% off your order

HGH3CK2H5GN75-68F-BLACK | DSGOV23-JSW

🔍 Customer Service

🔍 ♡ 👜 ⊙

### Farrah Kimono

$1,415.00

COLOR: BLACK

⚫

SIZE:

U.S.0  U.S.2  U.S.4    US    U.S.8  U.S.10  U.S.12  U.S.14

📏 Size guide and care

MORE COLOURS:

⚪
⚪

**ADD TO BAG**

♥ ADD TO WISH LIST

🚚 Worldwide Delivery    ⟲ Easy Returns

DESCRIPTION    ‹

A luxurious yet lightweight order layer.
Let the Farrah Kimono inject your closet with some 1920s glamour. Cut from crepe-backed
satin, this languid layering piece comes in a relaxed, oversized fit with an open front and side
split for added movement. The sleek silhouette is punctuated with Art Deco inspired
embroidery - from stitched palm leaves to geometric motifs. For all out evening opulence, pair
this kimono with the matching Farrah Dress. Or, wear it over T-shirts and jeans for a painterly
contrast.

DETAILS    ›

SIZE & FIT    ›



https://www.temperleylondon.com/us/farrah-kimono-black.html

United States · $USD ▾

*Temperley*

New Arrivals    Shop    Sale    Bridal    Collections    Temperley Tribe    World of Temperley

Sign up to our newsletter for 10% off your order

MEMBERS CONTENTS ARE BACK | DISCOVER NOW

□ Customer Service

Q ♡ △ 0

## Farrah Kimono

$1,415.00

COLOR: BLACK

⬤

SIZE:         ⬡ US4  US6  US8  US10  US12  US14
              📏 See guide and care

MORE COLOURS:   ⬤
                ⬤

**ADD TO BAG**

♥ ADD TO WISH LIST

🚚 Worldwide Delivery    ⟲ Easy Returns

### DESCRIPTION                              ‹

A luxurious yet lightweight outer layer.
Let the Farrah Kimono inject your closet with some 1930s glamour. Cut from crepe-backed satin, this languid layering piece comes in a relaxed, oversized fit with an open front and side split for added movement. The sleek silhouette is punctuated with Art Deco-inspired embroidery - from stitched palm leaves to geometric motifs - for effortless evening opulence, pair this kimono with the matching Farrah Dress. Or, wear it over t-shirts and jeans for a pleasing contrast.

### DETAILS                                 ›

### SIZE & FIT                              ›



*Temperley*

New Arrivals    Shop    Sale    Bridal    Collections    Temperley Tribe    World of Temperley

Sign up to our newsletter for 10% off your order

HONEYCOMB KNITS ARE BACK | DISCOVER NOW

United States · $ USD

## Farrah Kimono

**$1,415.00**

COLOR: BLACK

SIZE:

uk4    uk6    uk8    uk10    us8    uk12    uk14    uk16

🔗 Size guide and care

MORE COLOURS:

**ADD TO BAG**

🚚 Worldwide Delivery      ↩ Easy Returns

♥ ADD TO WISH LIST

### DESCRIPTION

A luxurious yet lightweight outer layer.

Let the Farrah Kimono inject your closet with some 1920s glamour. Cut from crepe-backed satin, this languid layering piece comes in a relaxed, oversized fit with an open front and side splits for added movement. The black silhouette is punctuated with Art Deco-inspired embroidery – from stitched palm leaves to geometric motifs. For all out evening opulence, pair this kimono with the matching Farrah Dress. Or, wear it over T-shirts and jeans for a pleasing contrast.

### DETAILS

### SIZE & FIT





https://www.temperleylondon.com/us/farrah-kimono-pastel-parchment.html

United States $USD ▾

*Temperley*

New Arrivals   Shop   Sale   Bridal   Collections   Temperley Tribe   World of Temperley

Sign up to our newsletter for 10% off your order

USE NEWCOMER10NITS ARE BACK | DISCOVER NOW

☒ Customer Service

## Farrah Kimono

$1,415.00

COLOR: PASTEL PARCHMENT

SIZE:   US2   US4   US6   US8   US10   US12   US14

Size guide and care

MORE COLOURS:

ADD TO BAG

♥ ADD TO WISHLIST

🚚 Worldwide Delivery      🔄 Easy Returns

### DESCRIPTION

**A luxurious yet lightweight outer layer.**

Let the Farrah Kimono inject your closet with some 1930s glamour. Cut from crepe backed satin, this languid layering piece comes in a relaxed, oversized fit with an open front and side splits for added movement. This skirt silhouette is punctuated with Art Deco inspired embroidery – from stitched palm leaves to geometric motifs. For official evening opulence, pair this kimono with the matching Farrah Dress. Or wear it over T-shirts and jeans for a pleasing contrast.

### DETAILS



United States · $USD

*Temperley*

New Arrivals    Shop    Sale    Bridal    Collections    Temperley Tribe    World of Temperley

Sign up to our newsletter for 10% off your order

HONEYCOMB KNITS ARE BACK | DISCOVER NOW

⊠ Customer Service

Farrah Kimono
$1,415.00

COLOR: PASTEL PARCHMENT

SIZE:

MORE COLOURS:

ADD TO BAG

🚚 Worldwide Delivery          ⟳ Easy Returns

♥ ADD TO WISH LIST

DESCRIPTION                                            ‹

**A luxurious yet lightweight outer layer.**
Let the Farrah Kimono inject your closet with some 1920s glamour. Cut from crepe backed satin, this languid layering piece comes in a relaxed, oversized fit with an open front and side splits for added movement. The Utopik silhouette is punctuated with an Art Deco inspired embroidery – from stitched palm leaves to geometric motifs. For off-duty evening opulence, pair this kimono with the matching Farrah Dress. Or, wear it over T-shirts and jeans for a pleasing contrast.

DETAILS                                               ›

Temperley

United States - $ USD

Sign up to our newsletter for 10% off your order

HOME NEOPRENE WHITE LABEL SMOCK GROSGRAIN RIBBON

New Arrivals    Shop    Sale    Bridal    Collections    Temperley Tribe    World of Temperley

🔍 ♡ △ ⊘  🎧 Customer Service

# Farrah Kimono

## $1,415.00

**COLOR: PASTEL PARCHMENT**

○

**SIZE:**

UK4  UK6  UK8  US8  US10  US12

📏 Size guide and care

**MORE COLOURS:**

○  ●

**ADD TO BAG**

♡ ADD TO WISHLIST

🚚 Worldwide Delivery          ↩ Easy Returns

**DESCRIPTION**                                                                            ∨

A luxurious yet lightweight outer layer.
Let the Farrah Kimono inject your closet with some 1920s glamour. Cut from crepe-backed
satin, this languid layering piece comes in a relaxed, oversized fit with an open front and side
splits for added movement. The sleek silhouette is punctuated with Art Deco-inspired
embroidery - from stitched palm leaves to geometric motifs. For all-out evening opulence, pair
this kimono with the matching Farrah Dress. Or, wear it over t-shirts and jeans for a pleasing
contrast.

**DETAILS**                                                                                 ∨

**SIZE & FIT**                                                                              ∨

**NEED ASSISTANCE?**                                                                        ∨



https://www.temperleylondon.com/us/farah-kimono-pastel-parchment.html

United States $ USD ▾

*Temperley*

New Arrivals    Shop    Sale    Bridal    Collections    Temperley Inbox    World of Temperley

Sign up to our newsletter for 10% off your order

MENU    HDME WHITE LABEL BACK   DRAGON & STORM

© Customer Service

$1,415.00

COLOR: PASTEL PARCHMENT

SIZE:

US4   US6   US8   US10   US12   US14

📏 Size guide and care

MORE COLOURS

ADD TO BAG

♡ ADD TO WISHLIST

🚚 Worldwide Delivery   ⊘ Easy Returns

DESCRIPTION

A luxurious yet lightweight outer layer.

Let the Farah Kimono inject your closet with some 1920s glamour. Cut from crepe-backed satin, this languid layering piece comes in a relaxed, oversized fit with an open front and side splits for added movement. The sleek silhouette is punctuated with Art Deco inspired embroidery – from stitched palm leaves to geometric motifs. For all-out evening opulence, pair this kimono with the matching Farah Dress. Or, wear it over T-shirts and jeans for a pleasing contrast.

DETAILS

SIZE & FIT

NEED ASSISTANCE?



United States . $ USD ▾

*Temperley*

Sign up to our newsletter for 10% off your order

Customer Service

WE'VE EXTENDED OUR LATE HOLIDAY DISCOVERY!

New Arrivals     Shop     Sale     Bridal     Collections     Temperley Tribe     World of Temperley

## Farah Kimono
### $1,415.00

COLOR: PASTEL PARCHMENT

MORE COLOURS:

SIZE:

uk4   uk6   uk8   us8   us10   us12

⎘ Size guide and care

**ADD TO BAG**

🚚 Worldwide Delivery     ↩ Easy Returns

♥ ADD TO WISHLIST

DESCRIPTION                                    ⌄

**A luxe one set lightweight color layer.**
Let the Farah Kimono inject your closet with some 1920s glamour. Cut from ribxar backxad satin, this languid lippering piece comes in a relaxed, oversized fit with an open front and side splits for added movement. It's sleek silhouette is punctuated with Art Deco inspired embroidery - from stitched palm leaves to geometric motifs, for all-out evening opulence, pair this kimono with the matching Farrah Dress. Or, wear it over t-shirts and jeans for a pleasing contrast.

DETAILS                                        ⌵

SIZE & FIT                                     ⌵

NEED ASSISTANCE?                               ⌵



https://www.temperleylondon.com/us/farrah-kimono-pastel-parchment.html



Temperley

United States | $USD

Free shipping to United States on all orders above $500

SIGN UP TO THE NEWSLETTER FOR 10% OFF YOUR FIRST ORDER

New Arrivals   Shop   Bridal   Interiors   Collections   Temperley Tribe   World of Temperley

Customer Service

## Farrah Kimono

$1,415.00

COLOR: PASTEL PARCHMENT

SIZE

ADD TO BAG

♥ ADD TO WISH LIST

🚚 Worldwide Delivery    Easy Returns

DESCRIPTION

A luxurious yet lightweight outer layer.

COMPOSITION

SIZE & FIT

NEED ASSISTANCE?



Farrah Kimono

$1,415.00

COLOR: PASTEL PARCHMENT

SIZE:

MORE COLOURS:

ADD TO BAG

ADD TO WISH LIST

DESCRIPTION

A luxurious yet lightweight outer layer.

Let the Farrah Kimono inject your closet with some 1920s glamour. Cut from crepe-backed satin, this languid layering piece comes in a relaxed, oversized fit with an open front and side splits for added movement. The sleek silhouette is punctuated with Art Deco-inspired embroidery - from stitched palm leaves to geometric motifs. For all-out evening opulence, pair this kimono with the matching Farrah Dress. Or, wear it over T-shirts and jeans for a pleasing contrast.

DETAILS

SIZE & FIT



Farrah Kimono

$1,415.00

COLOR: PALE LILAC

SIZE:

MORE COLOURS:

♥ ADD TO WISH LIST

🚚 Worldwide Delivery   ↩ Easy Returns

DESCRIPTION

A luxurious yet lightweight outer layer.

Let the Farrah Kimono is get your closet with some 1920s glamour. Cut from crepe-backed satin, this languid layering piece comes in a relaxed, oversized fit with an open front and side split for added movement. The sleek silhouette is punctuated with Art Deco inspired embroidery - from stitched palm fronds to geometric motifs - for refined evening opulence, pair this kimono with the matching Farrah Dress. Or, wear it over T-shirts and jeans for a pleasing contrast.

DETAILS

SIZE & FIT



Sign up to our newsletter for 10% off your order

HONEYCOMB KNITS ARE BACK | DISCOVER NOW

United States $ USD

Temperley

New Arrivals    Shop    Sale    Bridal    Collections    Temperley Inns    World of Temperley

Farrah Kimono

$1,415.00

COLOR: PALE LILAC

SIZE:

MORE COLOURS:

♥ ADD TO WISH LIST

🌍 Worldwide Delivery    ⊕ Easy Returns

DESCRIPTION    ‹

A luxurious yet lightweight outer layer.
Let the Farrah Kimono inject your closet with some 1920s glamour. Cut from crepe-backed satin, this languid layering piece comes in a relaxed, oversized fit with an open front and side splits for added movement. The sleek silhouette is punctuated with Art Deco-inspired embroidery – from stitched palm leaves to geometric motifs. For all-out evening opulence, pair this kimono with the matching Farrah Dress. Or, wear it over T-shirts and jeans for a pleasing contrast.

DETAILS    ›

SIZE & FIT    ›

NEED ASSISTANCE?    ›

Customer Service

Sign up to our newsletter for 10% off your order

HONEYCOMB KNITS ARE BACK | DISCOVER NOW

United States $ USD ▾

*Temperley*

New Arrivals    Shop    Sale    Bridal    Collections    Temperley Tribe    World of Temperley

☑ Customer Service

Q  ♡  △  ⊙

# Farrah Kimono

## $1,415.00

**COLOR: PALE LILAC**

**SIZE:**

US 2    US 4    US 6    US 8    US 10    US 12    US 14

📏 Size guide and care

**MORE COLOURS:**

♥ ADD TO WISH LIST

🚚 Worldwide Delivery    @ Easy Returns

### DESCRIPTION    ⌄

A luxurious yet lightweight outer layer.
Let the Farrah Kimono inject your closet with some 1950s glamour. Cut from crepe-backed satin, this languid layering piece comes in a relaxed, oversized fit with an open front and side splits for added movement. The sleek silhouette is punctuated with Art Deco-inspired embroidery - from stitched palm leaves to geometric motifs. For all-out evening opulence, pair this kimono with the matching Farrah Dress. Or, wear it over T-shirts and jeans for a pleasing contrast.

### DETAILS    ⌄

### SIZE & FIT    ⌄



1
2
3
4
5
6

https://www.temperleylondon.com/us/farrah-kimono-pale-lilac.html



Temperley

United States 1 USD ▾

Sign up to our newsletter for 10% off your order

MORE WOMEN'S ARRIVALS | DISCOVER NOW

New Arrivals    Shop    Sale    Bridal    Collections    Temperley Tribe    World of Temperley

Farrah Kimono

$1,415.00

COLOR: PALE LILAC

SIZE:

MORE COLOURS:

♥ ADD TO WISHLIST

🚚 Worldwide Delivery    ⟲ Easy Returns

### DESCRIPTION

A luxurious yet lightweight outer layer.

Let the Farrah Kimono inject your closet with some 1920s glamour. Cut from crepe-backed satin, this languid layering piece comes in a relaxed, oversized fit with an open front and side splits for added movement. The black silhouette is punctuated with Art Deco-inspired embroidery – from stitched palm leaves to geometric motifs. For all out evening opulence, pair this kimono with the matching Farrah Dress. Or, wear it over T-shirts and jeans for a pleasing contrast.

### DETAILS

### SIZE & FIT



Sign up to our newsletter for 10% off your order

*Temperley*

United States - $ USD

New Arrivals   Shop   Bridal   Collections   Temperley Tribe   World of Temperley

HOMETOSHOPWHY15 ARE BACK IN SCOVEN IN NOV

Customer Service

## Farrah Kimono

$1,415.00

COLOR: PALE LILAC

SIZE:

Size guide and care

MORE COLOURS:

♥ ADD TO WISHLIST

Worldwide Delivery    Easy Returns

DESCRIPTION

A luxurious yet lightweight outer layer.
Let the Farrah Kimono inject your closet with some 1920s glamour. Cut from crepe-backed
satin, this languid boyising piece comes in a relaxed, oversized fit with an open front and side
splits for added movement. The black silhouette is punctuated with Art Deco inspired
embroidery - from stitched palm leaves its geometric motifs. For off-suit evening washes, pair
this kimono with the matching Farrah Dress. Or, wear it over T-shirts and jeans for a pleasing
contrast.

DESCRIPTION                                                          ‹

DETAILS                                                              ›

SIZE & FIT                                                           ›



Temperley

*Farrah Kimono*

$1,415.00

COLOR: PALE LILAC

SIZE:

MORE COLOURS:

♥ ADD TO WISH LIST

🚚 Worldwide Delivery      ↩ Easy Returns

DESCRIPTION

A luxurious yet lightweight color layer.

Let the Farrah kimono inject your closet with some 1930's glamour. Cut from crepe backed satin, this languid layering piece comes in a relaxed, oversized fit with an open front and side splits for added movement. The sleek silhouette is punctuated with Art Deco-inspired embroidery - from stitched palm leaves to geometric motifs, for all-out evening opulence, pair this kimono with the matching Farrah Gown. Or, wear it over t-shirts and jeans for a pleasing contrast.

DETAILS

SIZE & FIT







Farrah Strappy Dress

$US155.00

COLOR: BLACK

SIZE:

What's My Size?

ADD TO BAG

ADD TO WISHLIST

DESCRIPTION

Channel your inner Egyptian goddess.

DETAILS

SIZE & FIT

NEED ASSISTANCE?



https://www.temperleylondon.com/us/farrah-strappy-dress-black.html

