# EXHIBIT D

# Unauthorized Palmae Apparel Products on Temperley London's website













https://www.temperleylondon.com/us/palmae-print-dress-black.html

United States - $ USD ▼

**Temperley**

Sign up to our newsletter for 10% off your order

New Arrivals   Shop   Sale   Bridal   Collections   Temperley Friday   World of Temperley

HOT & STOPPING WINES AND BLACK LUSCIOUS STRONG

🔍 ♡ 🛆 👤   ☎ Customer Service

## Palmae Print Dress

$595.00

COLOR: BLACK

SIZE:    US2   yd4   yd6   yd8   yd0   yd2   yd4   yd6

📏 Size guide and care

[ What's My Size? ]

MORE COLOURS:

ADD TO BAG       ♥ ADD TO WISH LIST

🚚 Worldwide Delivery      ↩ Easy Returns

DESCRIPTION                       <

**Be transported to an exotic paradise.**

Drawing inspiration from the iconic 1978 film Death on the Nile, our new hand-painted Palmae print evokes lavish mornings of amidst palm trees and desert ruins. Lush foliage frontiers on a homemade satin base and access a relaxed, longsleeved silhouette that feels full of louche sophistication. Fitted shoulders and button cuffs balance the flowing bodice. The perfect JAM-like piece, the Palmae Print Dress can be easily dressed up or down with a simple switch of accessories.

DETAILS                       >

SIZE & FIT                    >

NEED ASSISTANCE?               >

1 2 3 4 5 6 7





https://www.temperleylondon.com/us/palmae-print-dress-black.html

Temperley

United States - $ USD ▾

Sign up to our newsletter for 10% off your order

HOW WE WORK WITH OUR BACK-LOG LEGISLATION

New Arrivals    Shop    Sale    Bridal    Collections    Temperley Man    World of Temperley

## Palmae Print Dress
$595.00

COLOR: BLACK

SIZE:

🇺🇸 What's My Size?

MORE COLOURS:

ADD TO BAG

♡ ADD TO WISHLIST

🚚 Worldwide Delivery        ⟲ Easy Returns

### DESCRIPTION

Be transported to an exotic paradise.

### DETAILS

### SIZE & FIT

### NEED ASSISTANCE?

https://www.temperleylondon.com/us/palmae-print-dress-black.html

United States | USD

*Temperley*

Sign up to our newsletter for 10% off your order

NEW ICONS SUITS AW BACK | 000 ONE'S NOW

New Arrivals    Shop    Sale    Bridal    Collections    Temperley Tribe    World of Temperley



1 2 3 4 5 6 7

COLOR: BLACK

SIZE:

What's My Size?

US2    US4    US6    US8    US10    US12    US14    US16

See guide and care

MORE COLOURS:

ADD TO BAG

♥ ADD TO WISH LIST

Worldwide Delivery    Easy Returns

DESCRIPTION    ˅

Be transported to an exotic paradise.
Drawing inspiration from the exotic 1978 film Death on the Nile, our new, hand-painted Palmae
print evokes heady evenings set amidst palm trees and desert vistas. Lush foliage flourishes on
a hammered satin base and across a relaxed, long-sleeved silhouette that feels full of haute
sophistication. Fitted shoulders and button cuffs balance the flowing bodice. The perfect statement
maker, the Palmae Print Dress can be easily dressed up or down with a simple switch of
accessories.

DETAILS    ˃

SIZE & FIT    ˃

NEED ASSISTANCE?    ˃





https://www.temperleylondon.com/us/palmac-print-dress-parchment.html

Sign up to our newsletter for 10% off your order

New Arrivals    Shop    Sale    Bridal    Interiors    Collections    Temperley Take    World of Temperley

*Temperley*

United States - $USD



Home / Prints and Print Dress

## Palmac Print Dress

### $595.00

COLOR: PARCHMENT

SIZE:

US2    US4    US6    US8    US10    US12

📄 What's My Size?

📏 Size guide and care

MORE COLOURS:

ADD TO BAG

🤍 ADD TO WISHLIST

🚚 Worldwide Delivery    ⓘ Lucy Balsamo

DESCRIPTION

Be transported to an exotic paradise.

DETAILS

SIZE & FIT

NEED ASSISTANCE?



United States - $ USD ▾

Sign up to our newsletter for 10% off your order

HOME LOOKBOOKS ARE SALE BACK | USB CHECK NOW

*Temperley*

New Arrivals    Shop    Sale    Bridal    Collections    Temperley Tribe    World of Temperley

✉ Customer Service

🔍 ♡ 🛍 🔒 👤

## Palmac Print Dress

### $595.00 $1,190.00

COLOR: PARCHMENT

⬤ (yellow)  ⬤ (black)

SIZE:    US2  US4  US6  US8  US10  US12  US14  US16

🇫🇷 What's My Size?

📏 Size guide and care

MORE COLOURS:

ADD TO BAG

♥ ADD TO WISH LIST

🚚 Worldwide Delivery    ⟳ Easy Returns

DESCRIPTION

**Be transported to an exotic paradise.**

Drawing inspiration from the iconic 1978 film Death on the Nile, our new, hand-painted Palmac print evokes heady evenings set amidst palm trees and desert vistas. Lush foliage flourishes on a hammered-satin base and arrows a relaxed, long-sleeved silhouette that feels full of luxe sophistication. Fitted shoulders and button cuffs balance the flowing bodice. The perfect AM-PM piece, the Palmac Print Dress can be easily dressed up or down with a simple switch of accessories.

DETAILS

⟨                                                                    ⟩



Sign up to our newsletter for 10% off your order

United States • $USD

*Temperley*

HONEYCOMB KNITS ARE BACK | DISCOVER NOW

New Arrivals    Shop    Sale    Bridal    Collections    Temperley Tribe    World of Temperley

Customer Service

## Palmae Print Trouser
$260.00

COLOR: BLACK

SIZE:        US2    yy4    yy4    yy6    yy6    yy6    yy6    yy6

See guide and care

**What's My Size?**

**ADD TO BAG**

♥ ADD TO WISHLIST

🚚 Worldwide Delivery          ⟲ Easy Returns

DESCRIPTION                                                    ˅

A versatile printed trouser to carry you from AM to PM.
Drawing inspiration from the iconic 1978 film Death on the Nile, our new Palmae print evokes
hazily evenings set amidst palm trees and desert vistas. Cut to an exaggerated, wide-legged
silhouette, these elegant trousers flow outwards from a fitted waistband. The crepe backed
satin fabric - decorated with lush foliage - feels luxuriously soft against the skin. Wear them
with the matching jacket to create the perfect day-to-evening summer suit.

DETAILS                                                       ˃

SIZE & FIT                                                    ˃

NEED ASSISTANCE?                                              ˃





Temperley

United States / $USD ▾

https://www.temperleylondon.com/us/palmae-print-long-kaftan-black.html

New Arrivals    Shop    Sale    Bridal    Interiors    Collections    Temperley Tailor    World of Temperley

Sign up to our newsletter for 10% off your order

UK HOBILE V AUDIO 0115 BE2010 DESIGN V A PRON

Home / Palmae Print Long Kaftan

# Palmae Print Long Kaftan

$605.00

COLOUR: BLACK

SIZE:

☐ What's My Size?

🗺 Size guide and care

MORE COLOURS:

ADD TO BAG

♡ ADD TO WISHLIST

🌐 Worldwide Delivery        ↩ Easy Returns

### DESCRIPTION

Be transported to an exotic paradise.

Drawing inspiration from the iconic 1970s Haru Death on the Nile, an atmospheric backdrop of palm trees and desert vistas - this hand-painted artwork is a key style in the Spring Summer collection. This palm frame is fold to create full zebra skin in-between the arches of patterned branches. Printed in Italy on hammered satin, the Palmae Print has a languid elegance and a relaxed sophistication.

DETAILS    >

SIZE & FIT    >

NEED ASSISTANCE?    >



Temperley

United States · $ USD ▾

Sign up to our newsletter for 10% off your order

TEMPERLEY X SOPHIE HABSBURG LONDON IS NOW

New Arrivals   Shop   Sale   Bridal   Interiors   Collections   Temperley Today   World of Temperley

Home / Palmae Print Long Kaftan

## Palmae Print Long Kaftan

$605.00

COLOR: PARCHMENT

SIZE:   XXS   XS   S   M   L   XL   XXL

What's My Size?

Size guide and care

MORE COLOURS:

ADD TO BAG

♥ ADD TO WISHLIST

🚚 Worldwide Delivery      ↩ Easy Returns

DESCRIPTION

Be transported to an exotic paradise.

Drawing inspiration from the iconic 1970s film, Death on the Nile, an atmospheric backdrop of palm trees and desert vistas. Use hand painted artwork is a key story in the Spring Summer collection. The palm leaves fold to create full ballet skirts in between the on-line all-patterned branches. Divided in Italy on linen-mixed satin, the Palmae Print has a blanket of elegance and a relaxed sophistication.

DETAILS

SIZE & FIT

NEED ASSISTANCE?

https://www.temperleylondon.com/us/palmae-print-coat-parchment.html

Sign up to our newsletter for 10% off your order

United States $ USD

TEMPERLEY X ROMO INTERIORS | DISCOVER NOW

Customer Service

Temperley

New Arrivals | Shop | Sale | Bridal | Interiors | Collections | Temperley Tribe | World of Temperley

Home / Palmae Print Coat

# Palmae Print Coat

$665.00

COLOR: PARCHMENT

SIZE: ~~US2~~ ~~US4~~ ~~US6~~ ~~US8~~ ~~US10~~ ~~US12~~ US14

What's My Size?

Size guide and care

MORE COLOURS:

ADD TO BAG

ADD TO WISH LIST

Worldwide Delivery

Easy Returns

DESCRIPTION

**Be transported to an exotic paradise.**
Drawing inspiration from the iconic 1978 film Death on the Nile, an atmospheric backdrop of palm trees and desert vistas - this hand painted artwork is a key story in the Spring Summer collection. The palm leaves fold to create full zebra skins in between the arches of patterned branches. Printed in Italy on hammered satin, the Palmae Print has a languid elegance and a relaxed sophistication.

DETAILS

SIZE & FIT

NEED ASSISTANCE?

Type here to search

6:36 AM
4/27/2023

