# EXHIBIT E

# Unauthorized Farrah Interiors Products on ROMO's website













### RC765/01

Collection: Temperley London x Romo - Fabrics

2 Available Colours

Agave   Lilac Ash

### Description

Richly embroidered on a luxurious cotton satin, explosions of stylised palm fronds exude an Art Deco flair. This beautiful cushion, piped with a playful leopard spot is backed with the opulent Saska leopard jacquard weave.

Find your nearest stockist

Print PDF   Add to Favourites



