# EXHIBIT F

# Terms & Conditions listed on Temperley London's website

NEW ARRIVALS  SHOP  BRIDAL  INTERIORS  COLLECTIONS  DISCOVER

# Terms & Conditions

TERMS & CONDITIONS  COOKIE POLICY  PRIVACY POLICY  RETURNS  DELIVERY  CONTACT US

## Welcome to our website, temperleylondon.com.

Please read these Terms and Conditions carefully before using the TEMPERLEY LONDON online store. By using the website, users also agree to our Privacy Policy.

TEMPERLEY LONDON is the trading name of TMLL Ltd, a company registered in England and Wales with company number 13356817, whose principal place of business is at 1 Cornhill, Market Place, Ilminster, TA19 OAD

### Global-e

For all non-domestic orders, Temperley London is partnered with Global-e, a third-party service acting as seller-on-record. This allows you to buy and receive your Temperley London orders in over 100 destinations worldwide.

The int.temperleylondon.com website offers a localised shopping experience for clients globally, enabling local currency and payment for customs and/or duty tax upfront. Customers will also be able to choose from local payment providers and process returns through the Global-e portal.

Buy Now Pay Later options are currently only available in countries where Global-e offer this service. The following countries are serviced via Klarna: Australia, Austria, Canada, Denmark, France, Germany, Ireland (Republic of), Italy, Netherlands, Norway, Spain, Sweden, United Kingdom, United States.

When you buy from Global-e, you will see the payment method is charged by **Global-e// Temperley London**, and the purchase is subject to Global-e's Terms and Conditions and Privacy Policy. This will be clearly presented in checkout before you place an order.

## Returns

Our Returns Policy, as set out on this website, is incorporated into these Terms and Conditions.

## Accuracy of Content

We take every care to ensure that the description and specification of our products are correct at the time of publication. However, while the colour reproduction of the products is a close representation, we cannot accept any responsibility for any variation in colour caused by the browser software or computer system used by you. Orders will only be accepted if there are no material errors in the description of the goods or their prices as advertised on this website. To the extent permitted by applicable law, we disclaim all warranties, express or implied, as to the accuracy of the information contained in any of the materials on this website. We shall not be liable to any person for any loss or damage which may arise from the use of any of the information contained in any of the materials on this website.

In case you receive a product that does not match the description, please contact us and we will review your case. Returns can be booked within our 30-day Returns Policy. We promptly correct any errors on the website where necessary.

## Ownership of Rights

Any trademarks, copyrights or logos used on the website are owned by or licensed by TMLL Ltd. Any use of this website, or its contents, including copying or storing it or them in whole or part, other than for your own personal non-commercial use, is prohibited without the permission of TMLL Ltd. You may not modify, distribute or re-post anything on this website for any purpose.

## General

If any court or competent authority decides that any of the provisions of these Terms and Conditions are invalid, unlawful or unenforceable to any extent, the Term or Condition will, to that extent only, be severed from the remaining terms, which will continue to be valid to the fullest extent permitted by law.

If we fail, to insist that you perform any of your obligations under these Terms and Conditions, or if we do not exercise any of our rights or remedies under these terms, that will not mean that we have waived such rights or remedies and it will not mean that you do not have to comply with those

the Terms or Conditions will, to that extent only, be severed from the remaining terms, which will continue to be valid to the fullest extent permitted by law.

If we fail, to insist that you perform any of your obligations under these Terms and Conditions, or if we do not exercise any of our rights or remedies under these terms, that will not mean that we have waived such rights or remedies and it will not mean that you do not have to comply with those obligations. If we do waive a default by you, that will not mean that we will automatically waive any subsequent default by you. No waiver by us of any of these terms shall be effective unless we expressly say that it is a waiver and we tell you so in writing. Any waiver of rights or remedies by the company doesn't constitute a permanent waiver.

A person who is not party to these Terms & Conditions shall not have any rights under or in connection with them under the Contracts (Rights of Third Parties) Act 1999.

These Terms & Conditions shall be governed by English law and we both agree to the non-exclusive jurisdiction of the English courts.

This website, these Terms and Conditions, and any contract entered into by the parties as a result of use of this website, shall be governed by and construed in accordance with English Law. We both agree to submit to the exclusive jurisdiction of the courts of England and Wales.

The company reserves the right to update or modify these terms. Dated 21 November 2023.

If you have any questions, please contact us.

Email: online@temperleylondon.com

Phone Number and WhatsApp: (+44) 07587278945

TMLL Ltd
Phoenix Studios
Cornhill, Ilminster
Somerset
TA19 0AD
United Kingdom