# EXHIBIT G

# PDFs of Unauthorized Farrah Interiors Products on ROMO's website

# ROMO



## Farrah Agave

8013/01

Embroidered Cotton Satin
Collection: Temperley London x Romo - Fabrics

2 Available Colours


Agave


Lilac Ash

## Description

Richly embroidered on a luxurious cotton satin, explosions of stylised palm fronds exude an Art Deco flair, complete with checkerboard detailing and punchy yet complimentary colour combinations.

Inspired by 1930s interiors and glamorous parties, the Temperley closet features this striking pattern on floaty evening gowns and bohemian kimonos. This design has been literally translated into a magnificent drapery cloth, retaining the essence of this bygone era.

## Product Info

### Technical Information

| | |
|---|---|
| Composition: | 55% CO 36% VI 9% PL |
| Width: | 127 cms (50.0 ") |
| Pattern Repeat: | ↕ 38.5 cms (15.2 ") <br> ↔ 63.5 cms (25.0 ") |
| Martindale: | 35,000 General Domestic |
| After Care: | △ ⓟ ⊠ ⌧ ⌧ |
| Usage: | |
| Fire Ratings: | FR Treatments Available <br> View Fire Ratings |
| Sample Size: | 22.5cm x 22.5cm |
| Discover A World Less Ordinary: | [Click here] |

### Product Information

| | |
|---|---|
| Colour: | Agave |

| | |
|---|---|
| Design Style: | Floral / Botanical |
| Fabric Type: | Embroidery<br>Cotton / Cotton blend |
| Environmental: | Oeko-Tex 100 Certified<br>REACH Compliant<br>PFAS Free |





View All 2 Colours



Agave 
8013/01



Lilac Ash 
8013/02

## Also in the Collection

    

Lavinia Panel     Lavinia     Bonita     Bonita Velvet     Euphoria

## Recently Viewed



Farrah 60cm x 40cm
Cushion Agave
RC765/01

© Copyright The Romo Group 2024. All Rights Reserved.

# ROMO



## Farrah Lilac Ash

8013/02

Embroidered Cotton Satin
Collection: Temperley London x Romo - Fabrics

2 Available Colours




Lilac Ash        Agave

## Description

Richly embroidered on a luxurious cotton satin, explosions of stylised palm fronds exude an Art Deco flair, complete with checkerboard detailing and punchy yet complimentary colour combinations.

Inspired by 1930s interiors and glamorous parties, the Temperley closet features this striking pattern on floaty evening gowns and bohemian kimonos. This design has been literally translated into a magnificent drapery cloth, retaining the essence of this bygone era.

## Product Info

### Technical Information

| | |
|---|---|
| Composition: | 55% CO 36% VI 9% PL |
| Width: | 127 cms (50.0 ") |
| Pattern Repeat: | ↕ 38.5 cms (15.2 ")  ↔ 63.5 cms (25.0 ") |
| Martindale: | 35,000 General Domestic |
| After Care: | ⚠ ⊘ ⊠ ⊿ ⊠ |
| Usage: | 🪟 🛋 |
| Fire Ratings: | FR Treatments Available  View Fire Ratings |
| Sample Size: | 22.5cm x 22.5cm |
| Discover A World Less Ordinary: | [Click here] |

### Product Information

Colour:    Lilac Ash

| | |
|---|---|
| Design Style: | Floral / Botanical |
| Fabric Type: | Embroidery |
| | Cotton / Cotton blend |
| Environmental: | Oeko-Tex 100 Certified |
| | REACH Compliant |
| | PFAS Free |



View All 2 Colours



Lilac Ash
8013/02




Agave
8013/01


## Also in the Collection

    

Lavinia Panel   Lavinia   Bonita   Bonita Velvet   Euphoria

## Recently Viewed

 

Farrah Agave
8013/01

Farrah 60cm x 40cm
Cushion Agave
RC765/01

© Copyright The Romo Group 2024. All Rights Reserved.





# Farrah 60cm x 40cm Cushion Agave

RC765/01

Collection: Temperley London x Romo - Fabrics

2 Available Colours

 

Agave                    Lilac Ash

## Description

Richly embroidered on a luxurious cotton satin, explosions of stylised palm fronds exude an Art Deco flair. This beautiful cushion, piped with a playful leopard spot is backed with the opulent Saskia leopard jacquard weave.

## Product Info

### Technical Information

| | |
|---|---|
| Dimensions: | 60x40cm (23.5" x 15.75") |
| Face: | Embroidered Cotton Satin |
| Reverse: | Decorative Jacquard Weave |
| Fire Ratings: | View Fire Ratings |
| Discover A World Less Ordinary: | [Click here] |

### Product Information

| | |
|---|---|
| Colour: | Agave |
| Environmental: | REACH Compliant <br> PFAS Free |



View All 2 Colours

 

Agave  
RC765/01 

Lilac Ash  
RC765/02 

### Also in the Collection

    

Lavinia Panel    Lavinia    Bonita    Bonita Velvet    Euphoria

© Copyright The Romo Group 2024. All Rights Reserved.





## Farrah 60cm x 40cm Cushion Lilac Ash

RC765/02

Collection: Temperley London x Romo - Fabrics

2 Available Colours

 

Lilac Ash                     Agave

Description                                                                                    +

Product Info

Technical Information

| | |
|---|---|
| Dimensions: | 60x40cm (23.5" x 15.75") |
| Face: | Embroidered Cotton Satin |
| Reverse: | Decorative Jacquard Weave |
| Fire Ratings: | View Fire Ratings |
| Discover A World Less Ordinary: | [Click here] |

Product Information

| | |
|---|---|
| Colour: | Lilac Ash |
| Environmental: | REACH Compliant<br>PFAS Free |

**PFAS FREE**

View All 2 Colours




Lilac Ash 
RC765/02

Agave 
RC765/01

Also in the Collection







Lavinia Panel
Lavinia
Bonita
Bonita Velvet
Euphoria

Recently Viewed



Farrah 60cm x 40cm
Cushion Agave
RC765/01

© Copyright The Romo Group 2024. All Rights Reserved.