# EXHIBIT H

# Unauthorized Advertising Works on Alice Temperley MBE's Instagram, @alicetemperley

















































