# EXHIBIT I

# Unauthorized Advertising Works on Temperley London's website



Finding new production partners is a treasure hunt that Alice is happy to undertake—especially one that producers are requesting once-thousand facilities, and reviving near-forgotten skills. "Anything that we can make beautifully in the UK, we should make here," she says. "If we could make everything in England, we would... This work is coming back, and we're thrilled to be a part of it."

*SHOP PALM PRINT*

*SHOP CLEAR TAILORING*



Bringing production back to the UK enhances the 360-degree Britishness of these Temperley icons. The Chic is a timeless tailored three-piece suit cut from the finest Italian velvet. Its immaculately tailored waistcoat, jacket and subtly-leg trousers are infused with a singing London swagger. And the Unhnac a capsule collection including ten dresses and tailored separates, for a modern take on suiting, trails the heady promise of that most

British of traditions: a getaway to sunnier climes.



# METHOD BEHIND THE MADNESS: THE PALMAE PRINT

_Max takes us on a journey through Necotics art and film._

With its bold fronds and loudu styling, the Palmae design story evokes hazy evenings chilled ucsat amid lives and desert oases. The print at the heart of the story epitomises Max's talent for creating disparate references together into neat designs.

To create it, Max looked at the work of Miriam Schapiro, the pioneering feminist artist the Nec Decoratic cuss movement and Vasilt ou the Nik – fusing them to achieve a fresh, contemporary result.





TEMPERLEY BRINGS STYLE HOME







NEW ARRIVALS   SHOP   BRIDAL   INTERIORS   COLLECTIONS   DISCOVER

Playful and Versatile

# Abstracts & Graphics

The Temperley London x Romo collection is a utopia of decamelite prints that enrapture the senses.

*"All the elements in the prints are hand-painted - so much time, love and passion has gone into each and every one. They really are pieces of art in their own right. Romo has transitioned these designs seamlessly from the sphere of fashion into the world of interiors."* - Alice Temperley MBE

The Leaping leopards of the Delilah print and mischievous, swinging monkeys of the Euphoria to the agate inspired swirls of the Esnalda and art-deco inspired stylised palm fronds of the Farrah come in a decadent range of printed cottons, deep pile velvets and embroidered cotton satins.







# Unauthorized Advertising Works on Temperley London's Instagram, @temperleylondon































temperleylondon • Follow
Soho Warehouse

temperleylondon ✨ OVER & OUT! Los Angeles

If you missed us in LA you can still join us on our road trip at the following locations:

📍 Houston, Texas 29th - 30th March
@shopelizabethanthony

📍 Palm Beach 1st - 2nd April
@bhopna/issacollections

📍 Naples, Florida 4th - 5th April
@bhopna-issacollections

RSVP charlotte@temperleylondon.com

Explore our latest #SS22 collection and take part in an exclusive pre-order opportunity of our Wild West #AW22 collection. 🖤😍

17h ·

stqlnovakilcouture ✨ Detsls, detsls! Fall on details always! They just emphasize the whole creation! Lovely! 🔥😍
17h · 14w Reply

adria2222 That's Emily in pic 4 !! Looks incredible on her !!!
17h · 14w Reply

claudia_yulianbang IV?
17h · 14w Reply
— View replies (1)

leonle22xx Wow 😍 how gorgeous!!! 😍😍
17h · 14w Reply
— View replies (1)

ingridnaples Counting down the days until @bhopna-issacollection Dns Naples!
17h · 14w Reply
— View replies (1)

madelaidelciabatasgodoy I love all the dresses and I'm really passionate about the Rebel leather Jacket 😍😍😍😍
17h · 14w Reply

Add a comment...

932 likes
March 27, 2022





























https://www.instagram.com/p/Cb20ZVeMdZd/?img_index=5

rome isn't your default browser Set as default

temperleylondon • Follow

temperleylondon Easter Getaway: Is your wardrobe ready?

Discover our latest #SS22 arrivals and get holiday ready. Celebrating #TemperleyLondon maximalist ornament and decoration elements such as hearts, floral decorations and geometric patterns.

Tap to shop or visit the link in our bio to explore the Spring Summer collection.

136w

alexaconnolly1 It is now ! Seeing this glorious outfit! I shall check it out at Puente Romano 😍😍😍
136w Reply

the.aestheticpharmacist @beckshammond1982 that dress 👏
136w 1 like Reply

tena_62 ❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️
136w Reply

maryodrilinares 😍😍😍
136w 1 like Reply

View replies (1)

ingridnaples So excited to host @temperleylondon and meet designer Alice Temperley, this Monday, April 4th @shopmarissacollections Naples!!!
136w 1 like Reply

View replies (1)

jcvcreates So cute! ❤️❤️❤️❤️
136w Reply

View replies (2)

ilinamalukaite ❤️❤️
136w 1 like Reply

View replies (1)

linnealsabellaembroidery 😍
136w 1 like Reply

778 likes
April 2, 2022

Add a comment...

e here to search

1:59 AM
11/14/2024

https://www.instagram.com/p/CcDye4jMDyo/?img_index=1

rome isn't your default browser Set as default

marissa

temperleylondon • Follow
Naples, Florida

temperleylondon #TemperleyLondon SS22 Takes Naples.

Our #TemperleyLondon USA trunkshow's are over, for now. If you missed us, you can still explore our SS22 collection online and in store with @shopmarissacollections & @elizabethanthony.

Discover the SS22 collection via the link in our bio.

135w

inmacuevas_
135w Reply

475 likes
April 7, 2022

Add a comment...

e here to search

2:00 AM
11/14/2024

https://www.instagram.com/p/CcdmSmzMlv-/

ome isn't your default browser **Set as default**

temperleylondon • Follow

temperleylondon Effortless Evening Wear

This #SS22 chequerboard details derive from Miriam Schapiro's #geometric collages and the inlaid mosaic tables straight off the deck of the Cunard from Death on the Nile.

Visit the link in our bio to explore our latest #TemperleyLondon arrivals.

134w

hollylangnyc Never seen a single Temperley dress, sweater, top or skirt I'm not head over heels in love with @alicetemperley you are my fav always and forever!

134w Reply

View replies (1)

khsomerville 💙💙💙

134w Reply

leiva_boutique So talented

134w Reply

karenbryson

134w 1 like Reply

View replies (1)

eloise_trippier

134w 1 like Reply

thegr8jazzy

134w 1 like Reply

juliabradbury Dreamer dress is dreamy

134w 1 like Reply

View replies (1)

bridesbykatehughes Stunning

134w 1 like Reply

romanbulla Vicki .. oooooo la laaa

134w 1 like Reply

3,870 likes

April 17, 2022

Add a comment...

here to search

2:02 AM
11/14/2024

https://www.instagram.com/p/CdQXUoEsn_Z/?img_index=1

ome isn't your default browser Set as default

temperleylondon • Follow
Auditorio de Zaragoza Princesa Leonor

temperleylondon The Farrah Dress: Worn by actress @claralago1 at the #FerozAwards

This story includes three styles – an open backed strappy dress, a puff sleeved floor length gown, and a matching crepe backed satin #kimono.

Discover more via the link in our bio.

131w

bonappetit_byrosy Hi can you show me the difrent style of this dress? And how much dose it cost
129w Reply

ladiesilver.ladieplata Guapísima 😍😍😍
131w Reply See translation

temperleybridal 🤍🤍🤍
131w Reply

styling_plus_ 😍
131w 1 like Reply

spozmanter This looks like a perfect dress for teachers 😍❤️
131w 1 like Reply

mariaisabelcabezasgodoy Maravilloso vestido😍😍😍. Me encanta
131w 1 like Reply See translation

tena_62 ❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️
131w 1 like Reply

mrsphutton 😍😍❤️
131w 1 like Reply

isadecampos 🙌🙌
131w 1 like Reply

rosangelaroofficial ❤️😍wonderful 😍😍😍😍😍😍
131w 1 like Reply

View replies (1)

1,615 likes
May 7 2022

Add a comment...

here to search

2:03 AM
11/14/2024

https://www.instagram.com/p/Ce0WKjLMVpD/?img_index=2







templeylondon • Follow

templeylondon • Burning the line between fine art and craft design.

This Spring Summer Season #TempleyLondon draws influence from era-decor forms traditionally associated with flowing femininity.

Sign up to our newsletter via the link in our bio to be the first to know when your favourite styles are restocked.

12w

guldenayroldas

12w Reply

154 likes

June 16, 2022

Add a comment...













temperleylondon • Follow

temperleylondon Exotic Paradise: The Palmax Print up to 60% off.

This hand-painted artwork is a key story in the #TemperleyLondon Spring Summer collection. Printed in Italy on hammered satin, the Palmax Print has a languid elegance and a relaxed sophistication, available in a range of styles.

Visit the link in our bio to explore Temperley London Sale

11h+

291 likes
August 20, 2022

Add a comment...















temperleylondon • Follow

temperleylondon ✨ #TemperleyBride wears the #TemperleyLondon Farrah Dress.

Evoking Art Deco flair, adorned with geometric embroidery and intricate ribbon work the Farrah Dress makes a perfect match for the contemporary bride.

Discover our Wedding Wardrobe edit via the link in our bio and fall head over heels with our range of wedding-ready pieces for alternative styling.

Captured by @sarahwilliamsphotography
@oenelacrowweddings @springhillfloral.s @burncardecrow
@isobsonraquelell @lindsvercake
@temperleybridal

11w Reply

kristen_barnett_nailsw Absolutely love ♡♡♡♡♡♡
65w Reply

mLs555 ❤️ Que guapos ❤️
72w Reply See translation

jazsjulaone What a fabulously happy photo! Gorgeous dress
71w Reply

angeliaskarp Beauty!!!
71w Reply

mjm5824 Absolutely perfect stylish gorgeous dress on a beautiful bride, love the whole look!!!! Fabulous couple 🙏
71w 14w Reply

soikely__ Gorgeous ♡xx
71w Reply

lynetsbcobb Stunning bride! What a lovely dress!
71w Reply

clslite.mud4 💕
71w Reply

emillredesignshomewares Beautiful bride!
71w Reply

♡ ♡ A ⬝

3,991 likes
June 30 2023

Add a comment...

# Unauthorized Advertising Works on Temperley London Bridal's Instagram, @TemperleyBridal





Unauthorized Advertising Works on
Temperley London Outlet's Instagram,
@TemperleyLondonOutlet



temperleylondonoutlet • Follow

temperleylondonoutlet We are very excited the new summer collections are coming into the @temperleylondon store. 🌿
This is the Palme suit ... engineered printed in a Italy and stitched in England.

Edited · 41w

34 likes

February 22 2022

Add a comment...



temperleylondonoutlet • Follow
Temperley London

temperleylondonoutlet Through the looking glass... 🖤
The Farrah Kimono. Part of our new @temperleylondon
collection.
135w

pharny 😍
135w  Reply

libbyleveenses Magical 🖤🔥
135w  Reply

41 likes
April 11 2022

Add a comment...

# Unauthorized Advertising Works on Temperley London's Facebook





https://www.facebook.com/temperleylondon/photos/pb.100044562930776.-2207520000/10159866937866484/?type=3

This photo is from a post.

Temperley London
September 17, 2021

4

Write a comment...

Type here to search

3:12 AM
11/14/2024

https://www.facebook.com/temperleylondon/videos/144294134566359

Temperley London
September 17, 2021

We are so excited to present our Spring Su
2022 collection at #LondonFashionWeek
The coll...
See more

27

Like Comment Share

Comments

Write a comment...

Type here to search

4:20 AM
11/14/2024

https://www.facebook.com/temperleylondon/videos/144294134566359
Temperley London
September 17, 2021
We are so excited to present our Spring Su
2022 collection at #LondonFashionWe
The coll...
See more
27
Like
Comment
Comments
Write a comment...
0:21 / 3:02
Type here to search
4:21 AM
11/14/2024

https://www.facebook.com/temperleylondon/videos/144294134566359

Temperley London
September 17, 2021

We are so excited to present our Spring Sun 2022 collection at #LondonFashionWeek. The coll...
See more

27

Like Comment Share

Comments

Write a comment...

Type here to search

4:23 AM
11/14/2024

https://www.facebook.com/temperleylondon/videos/1442941345663593

https://www.facebook.com/temperleylondon/videos/1442941345563359

https://www.facebook.com/temperleylondon/videos/144294134566359
Temperley London
September 17, 2021
We are so excited to present our Spring Sum
2022 collection at #LondonFashionWeek
The coll...
See more
27
Like
Comment
Comments
Write a comment...
2:47 / 3:02
Type here to search
4:25 AM
11/14/2024

https://www.facebook.com/temperleylondon/videos/1442941345563559

https://www.facebook.com/temperleylondon/videos/1442941345633559

Temperley London
September 17, 2021 ·

We are so excited to present our Spring
2022 collection at #LondonFashionWeek.
The coll...
See more

27

Like     Comment

Comments

Write a comment...

https://www.facebook.com/tempeleylondon/photos/pb.100044562930776.-2207520000/1016019942025684/?type=3

























https://www.facebook.com/temperleylondon/photos/pb.100044562930776.-2207520070/10160411012176484/?type=3

Temperley London
July 30, 2022 · London, United Kingdom

Discover the #TemperleyLondon Sale with up to 50% off.

Update your wardrobe and find the best deals with exclusive discounts, only available in #TemperleyLondon.

Visit the link on our bio to explore our sale.

— at Forte Dei Marmi, Italy.



Temperley London
August 21, 2024

Bring botanical charm to your wardrobe with #TemperleyLondon sale.

Drawing inspiration from the iconic 1969 Death on the Nile, our new, #hand-painted Palmaz print evokes hazy evenings, swaying palm trees and desert vistas.

Discover the link in our bio to explore the print.





