# EXHIBIT J

# Unauthorized Advertising Works on ROMO's website

# Unauthorized Advertising Works on ROMO's Instagram account, @romo_fabrics



*"I hope that people feel like they have a piece of treasure when they invest in designs from this beautiful collection."*

Alice Temperley MBE





ROMO

COLLECTIONS   BRANDS   WHERE TO BUY   BE INSPIRED   COMPANY

Home > Collection > Accessories > Cushion

## Cushions

A range of beautiful cushions featuring designs from across the collections providing that all important final, decorative flourish.

Send to Friend

Available Products:

Temperley London x Romo - Fab...   https://www.romo.com/collections/prints-weaves/lavinia

Saskia Olivette 8021/02
Saskia Somerset Green 8021/09
Gracie Jasmine 8011/01
Mimi Velvet Tan 7996/01

Saskia Kohl 8021/01
Saskia Blue Hare 8021/08
Gracie Opal 8011/02
Talulah Hot Pink 7995/02a

Saskia Copper 8021/03
Saskia Twilight 8021/07
Lolana Jade 8014/02
Talulah Twilight 7995/03

Delilah Velvet Sienna 8026/03
Saskia Pearl 8021/0b
Lolana Midnight 8014/01
Talulah Sienna 7995/02

Delilah Velvet Ancient Gold 8026/02
Saskia Vintage Rose 8021/05
Farah Lilac Ash 8013/02
Talulah Tourmaline 7995/01

Delilah Velvet Tuscan Teal 8026/01
Saskia Peacock 8021/04
Farah Agave 8013/01
Talulah Aruba 7995/04

Buy Luxury Designer Cushions

https://www.roma.com/collections/accessories/cushions



Temperley London x Romo - Fabrics  Decorative Prints, Embroideries & Weaves

https://www.romo.com/collections/prints-weaves/lavinia

Welcome to the world of Temperley London x Romo, a magical land of maximalism where the only limit is your imagination.

The beginning of a beautiful new chapter where fashion and interiors unite, the Temperley London x Romo partnership weaves a magical story with every stitch in a utopia of desirable prints, romantic embroideries and indulgent weaves that empower the senses. We's a mythological escapism, each design is utterly enchanting, retelling and encouraging the label in decorating without fear, to create a truly unique home that transports you to a wonderland of pattern, colour and texture.

An immersion of bohemian grandeur, exquisitely soft velvets, luxurious satins, graceful embroideries and eccentric jacquards feature whimsical designs that narrate their own tale of myths and legends.



"I hope that people feel like they have
a piece of treasure when they invest in
designs from this beautiful collection."

*Kate Temperley, KLT6*

## Cushions &
## Trimmings

Inspired by the burgeoning apothecary
dreams of the Temperley studio,
a haberdashery of dedication trims
and luxurious cushions adorn a set
that they adorn.

# Unauthorized Advertising Works on ROMO's Instagram, @romo_fabrics









https://www.instagram.com/p/CpGGsR_IIRV/

romo_fabrica • Follow

romo_fabrica Born in the picturesque countryside of Somerset, @aliceroomcy's exuberant personality transcends her fashion into her home.

A place of wonder, from the first turn of the key, it is apparent this is a home like no other, with a history dating back to the 18th-century. Cricket Court as it stands today, was used as a meeting place to plan the D-Day landings by Sir Winston Churchill himself. Complete with an enveloping library, seemingly never-ending staircases, secret rooms and a disco ball bathtub, Alice has made her mark on history.

Follow the link in our bio to discover a world less ordinary.

#interiordesign #homedesign #homediaries #newcollection #fabricdesign #fabrics #textile #textiles #oldbuilding #oldhouse #interiordesign #design #interior #homedecor #architecture #home #decor #interiors #homedesign #interiordesigner #furniture #decoration #interiordecor #interiorstyling #luxury #designer

alliceoldenham American spec #mercedossii in the ad #interesting

bosunian_interior_design Class

designinsiderlive We loved discovering this collection at @designpcentrech today!

lopezadelzanina

bengelieylondon

xinafonton Dreamy,

7,638 likes
March 15, 2023

Add a comment...





https://www.instagram.com/p/CqDiPYANKc5/



https://www.instagram.com/p/CriEJ2XiYk6/







https://www.instagram.com/p/C2sGx-XoGv3/

roma_fabrics • Follow

roma_fabrics 💙 Our sumptuous Takiteh &pingé velvet, is a true celebration of pattern and colour.

The original @hempeljordon design was influenced by bold and beautiful Peruvian knits, taking the vibrancy of colour and confident use of pattern to create a dramatic, statured dress that went on to influence this striking &pingé velvet.

Follow the link in our bio to order a sample. 💙

#theromagroup #romafabrics #fabric #fabrics #textiles #interiorfabrics #velvet #velvetfabric #velvets #interiordesign #interiors #interior #homedecor #upholstery #upholsteryfabrics #luxuryinteriors #luxurydesign #luxuryhome #luxuryliving

20w

itsmidesigns We used the Farrah Agave in a recent project. We love your products. 😍
35w Reply
— View replies (1)

bravemapledesigns Beautiful 💙
20w 1 like Reply

mvsinteriors Stunning 😍
20w 1 like Reply
— View replies (1)

jillian__oneill Stunning 😍
20w 1 like Reply
— View replies (1)

lotsbravrooms 😍😍
20w 2 likes Reply
— View replies (1)

lonathalterior 🙌 UNDO ♥
20w 1 like Reply
— View replies (1)

lantedesresult_shop ♥
20w 1 like Reply

1,586 likes
February 7

Add a comment...





# Unauthorized Advertising Works on ROMO's Facebook

Remo
October 20, 2023

Embrace the artistry of our embroidered design and turn your drapes into masterpieces.

Follow the link to discover our Farrah Embroidered Cotton Satin.

https://www.romo.com/collect.../prints weaves/swnna/farrah



# Unauthorized Advertising Works on
# ROMO's Pinterest



Cushions | Temperley London x Romo

www.romo.com

Romo
2.8k followers

Follow

An invitation to add a touch of magic, each cushion is a snapshot of all that is @temperleylondon x Romo. Taking a maximalist approach, this decadent offering of cushions features a ho ... more

Romo Wallpaper   Leopard Print Background   Romo Fabrics   Alice Temperl...

Comments

No comments yet! Add one to start the conversation.

Add a comment

More to explore

Sign up

Log in

Explore > Women's Fashion > Women's Style

Visit

Save

romo.com

## Video Library | Romo Fabrics

A place of wonder, from the first turn of the key, it is apparent that Alice Temperley's home is like no other. With a history dating back to the 18th-century, Cricket Court as it stands today, was used as a meeting place to plan the D-Day landings by Sir Winston Churchill himself. Complete with an enveloping library, seemingly never-ending staircases, secret rooms and a disco ball bathtub, Alice has made her mark on history. Follow the link to watch the complete interview with Alice... ... less

Celestial Dress    Tattoo Dress    Iridescent Dress    Alice Temperley    Printed H  >

**Romo**
2.8k followers

## Comments

No comments yet. Add one to start the conversation.

Add a comment



ROMO

More to explore ✓

Pinterest    Today    Watch    Shop    Explore

10:27 PM
11/15/2024



Pinterest

Romo Fabrics | Designer Fabric    Farrah Embroidered Cotton Sa

https://www.pinterest.com/pin/513903007494058223/

Today    Watch    Shop    Explore    Q Search for romo fabrics

Log in    Sign up

Explore  >  Home Decor

romo.com

Visit    Save

# Farrah Embroidered Cotton Satin & Talulah Épinglé Velvet | Temperley London x Romo

Our Farrah design features explosions of stylised palm fronds richly embroidered on a luxurious cotton satin. Farrah exudes an Art Deco flair, complete with checkerboard detailing and punchy yet complimentary colour combinations. Created by a sumptuous épinglé velvet, Talulah, features geometric chevrons and graphic shapes to form a bountiful stripe. ... less

Annie Sloan Paint Colors    London Design Week    Bullion Fringe    Romo Fabri... >

Romo
2.8k followers

## Comments

No comments yet Add one to start the conversation.

Add a comment

More to explore >