# EXHIBIT L



                          **A.BRUNO LAW**
                          Alyssa M. Bruno, Esq.
                          ABRUNO@ABRUNOLAW.COM
                          P.O. Box 468
                          EASTON, PA 18044
                          U.S.A.

C.C.                 **THE ROMO GROUP LIMITED**
                          Mr. Jonathan Mould, C.E.O.
                          Oddicroft Lane
                          Sutton-In-Ashfield
                          Nottinghamshire NG17 5FB
                          UNITED KINGDOM

**Re: Your Letter dated on April 9th 2024 – Claim on Copyright Infringement of Sophia Parker Studios, Inc's Sculpture entitled "Memphis Chainsaw".**

Dear Mrs Bruno,

On Behalf of TMLL LTD and Mrs Alice Temperley , We want, with this present letter , to confirm that we have received your above mentioned claim.

We are presently seeking legal advice, and need more time to investigate the claims given the fact that the designer is no longer with the company and is currently dealing with a serious family member 's health crisis.

We are available to provide a more substantive response in a few weeks.

Yours Sincerely

Luca Donnini
Chief Executive Officer                       Ilminster, April 19th 2024
TMLL LTD

TMLL LTD COMPANY NUMBER 13356817 - 1 CORNHILL, MARKET PLACE, ILMINSTER, TA19 0AD, UNITED KINGDOM.

TEMPERLEYLONDON.COM

# THE ROMO GROUP

**A.Bruno Law**
Alyssa M. Bruno Esq.
PO Box 468
Easton,
PA 18044
USA

Via email to: ABRUNO@ABRUNOLAW.COM

**C.c. TMLL Limited**
Luca Donnini, CEO
1 Cornhill,
Market Place
Ilmisnter
TA19 0AD

22 April 2024

**Re: Your letter dated 9 April 2024 – Claim on Copyright Infringement of Sophia Parker Studios, Inc.'s Sculpture entitled "Memphis Chainsaw".**

Dear Ms Bruno,

On behalf of Romo Limited, we acknowledge receipt of your letter addressed to Jonathan Mould, CEO, dated 9 April 2024 regarding the above-mentioned claim, received in our UK office on Friday 19 April 2024.

We are currently seeking legal advice and will respond in due course.

Yours sincerely

Neil Sexton
Director
Romo Limited

ROMO   BLACK edition   kirkbydesign   MARK ALEXANDER   VILLA NOVA   ZINC