**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| SOPHIA PARKER STUDIOS, INC. (t/a WIFE NYC),  Plaintiff,  v.  ALICE TEMPERLEY MBE, TMLL LTD. (t/a TEMPERLEY LONDON), TEMPERLEY HOLDINGS LTD. (t/a TEMPERLEY HOLDINGS), ROMO LTD. (t/a ROMO and/or THE ROMO GROUP), ROMO (HOLDINGS) LTD., ROMO, INC. (t/a ROMO FABRICS AND WALLCOVERINGS and ROMO USA), THE ROMO GROUP LTD., AND DOES 1-20, inclusive,  Defendants. | Case No. 1:24-cv-02086-PAB  Judge Pamela A. Barker  Magistrate Judge Reuben J. Shepherd |

**[PROPOSED] ORDER GRANTING DEFENDANT ROMO, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

The Court, having reviewed and considered Defendant Romo, Inc.'s Motion to Dismiss First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), is of the opinion that good cause exists, and the Motion should be GRANTED in its entirety.

Entered on \_\_\_\_\_ day of _____, 2025

_____
HONORABLE JUDGE PAMELA A. BARKER