**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| SOPHIA PARKER STUDIOS, INC. (t/a WIFE NYC),<br><br>Plaintiff,<br><br>v.<br><br>ALICE TEMPERLEY MBE, TMLL LTD. (t/a TEMPERLEY LONDON), TEMPERLEY HOLDINGS LTD. (t/a TEMPERLEY HOLDINGS), ROMO LTD. (t/a ROMO and/or THE ROMO GROUP), ROMO (HOLDINGS) LTD., ROMO, INC. (t/a ROMO FABRICS AND WALLCOVERINGS and ROMO USA), THE ROMO GROUP LTD., AND DOES 1-20, inclusive,<br><br>Defendants. | Case No. 1:24-cv-02086-PAB<br><br>Judge Pamela A Barker<br><br>Magistrate Judge Reuben J. Shepherd<br><br>**NOTICE OF LIMITED APPEARANCE** |

PLEASE TAKE NOTICE that Attorneys Jeffer Ali and Sharif Ahmed of the law firm Husch Blackwell LLP, and Meredith Collier and Todd Tucker of the law firm Calfee, Halter & Griswold, LLP, enter their limited appearances in the above matter on behalf of TMLL, Ltd. Mr. Ali's, Mr. Ahmed's, Ms. Collier's, and Mr. Tucker's appearances shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes, or the Federal Rules of Civil Procedure.

| | |
|---|---|
| Dated: May 7, 2025 | Respectfully submitted, |
| | By: */s/ Meredith K. Collier*___ |

Meredith K. Collier (097108)
Todd R. Tucker (0065617)
**CALFEE, HALTER & GRISWOLD LLP**
1405 East Sixth Street
Cleveland, OH 44114
Telephone: 216.622.8200
Facsimile: 216.241.0816
mcollier@calfee.com
ttucker@calfee.com

Jeffer Ali (*pro hac vice*)
**HUSCH BLACKWELL LLP**
80 South Eighth Street, Suite 4800
Minneapolis, Minnesota 55402
Telephone: 612.852.2700
Facsimile: 612.852.2701
jeffer.ali@huschblackwell.com

Sharif Ahmed (*pro hac vice*)
**HUSCH BLACKWELL LLP**
2415 East Camelback Road, Suite 500
Phoenix, AZ 85016
Telephone: 480.824.7890
Facsimile: 480-824-7905
sharif.ahmed@huschblackwell.com

*Attorneys for TMLL, Ltd.*

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing *Notice of Limited Appearance* was electronically filed on May 7, 2025 with the United States District Court for the Northern District of Ohio through the Court's CM/ECF system. Notice of the filing will be sent by email to all counsel by operation of the Court's electronic filing system and all parties may access this filing through that system.

               */s/ Meredith K. Collier*
               One of the Attorneys for TMLL, Ltd.