# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| SOPHIA PARKER STUDIOS, INC. (t/a WIFE NYC),<br><br>       Plaintiff,<br><br>v.<br><br>ALICE TEMPERLEY MBE, TMLL LTD. (t/a TEMPERLEY LONDON), TEMPERLEY HOLDINGS LTD. (t/a TEMPERLEY HOLDINGS), ROMO LTD. (t/a ROMO and/or THE ROMO GROUP), ROMO (HOLDINGS) LTD., ROMO, INC. (t/a ROMO FABRICS AND WALLCOVERINGS and ROMO USA), THE ROMO GROUP LTD., AND DOES 1-20, inclusive,<br><br>       Defendants. | **Case No. 1:24-cv-02086-PAB**<br><br>Judge Pamela A. Barker<br><br>Magistrate Judge Reuben J. Shepherd<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF SOPHIA PARKER STUDIOS, INC.'S MOTION FOR RECONSIDERATION OF THE COURT'S MAY 9, 2025 ORDER GRANTING DEFENDANTS' "MOTION FOR SETTING OF DEADLINE FOR RESPONSE TO FIRST AMENDED COMPLAINT OR, ALTERNATIVELY, FOR EXTENSION OF TIME TO RESPOND" AND DIRECTING CLERK TO ENTER DEFAULT** |

    Before the Court is Plaintiff Sophia Parker Studios, Inc.'s (t/a WIFE NYC) ("**Plaintiff**") Motion for Reconsideration of the Court's May 9, 2025 Order Granting Defendants' "Motion for Setting of Deadline for Response to First Amended Complaint Or, Alternatively, for Extension of Time to Respond" and Reply to Defendants' "Opposition to Plaintiff Sophia Parker Studios, Inc.'s Requests for Clerk's Entry of Default." This Court finds that the U.K.-based Defendants, Defendants Alice Temperley MBE, TMLL Ltd., Temperley Holdings Ltd., Romo Ltd., Romo (Holdings) Ltd., and The Romo Group Ltd. have failed to file answers or otherwise defend within 21 days of being served with the

summons and First Amended Complaint pursuant to Fed. R. Civ. P. 12(a)(1)(A), which is supported by the Proof of Service forms filed with this Court. The entry of Default pursuant to Fed. R. Civ. P. 55(a) is proper. Moreover, because the U.K.-based Defendants have failed to show "good cause" as to why any default should be set aside, the Clerk is hereby directed to enter Default against all of these Defendants.

IT IS SO ORDERED.

_____
HONORABLE JUDGE BARKER

Dated: