

Alyssa Bruno <abruno@abrunolaw.com>

## Sophia Parker Studios, Inc. v. Alice Temperley MBE et al., Case No. 1:24-cv-02086 (ND OH)

**Ahmed, Sharif** <Sharif.Ahmed@huschblackwell.com>　　　　　　　　　　　Wed, Apr 16, 2025 at 3:23 PM
To: "abruno@abrunolaw.com" <abruno@abrunolaw.com>
Cc: "Ali, Jeffer" <Jeffer.Ali@huschblackwell.com>

Counsel,

Our docket indicates that the deadline for you to effectuate service on the foreign defendants is May 4. Please let us know if you plan to effectuate service by the deadline.

Thanks,

**Sharif Ahmed** 🔊

**Attorney**

**HUSCH BLACKWELL**

2415 E. Camelback Road
Suite 500
Phoenix, AZ 85016-4288

Direct: 480-824-7903

Fax: 480-824-7905

Sharif.Ahmed@huschblackwell.com

huschblackwell.com

LinkedIn

**Technology, Manufacturing & Transportation**

**Intellectual Property**

**Husch Blackwell is a different kind of law firm—structured around our clients' industries and built on a culture of selfless service.**
**Our 1000+ lawyers collaborate across the U.S. from more than 20 offices and our virtual office, The Link, to provide uncommon solutions**
**to our clients' most complex challenges.**