

Alyssa Bruno <abruno@abrunolaw.com>

---

## Sophia Parker Studios, Inc. v. Alice Temperley MBE et al., Case No. 1:24-cv-02086 (ND OH)

---

**Alyssa Bruno** <abruno@abrunolaw.com>  Thu, Apr 17, 2025 at 1:04 AM
To: "Ahmed, Sharif" <Sharif.Ahmed@huschblackwell.com>
Cc: "Ali, Jeffer" <Jeffer.Ali@huschblackwell.com>

Counsel,

Service has been effectuated upon all of the named defendants. We are awaiting the certificate of service forms from the Central Authority.

Additionally, please instruct your client, Temperley Holdings Ltd., and other clients to refrain from contacting my client directly. My client was contacted by Sarita Jha of Temperley Holdings Ltd. via email. See attached. All correspondence regarding this case should be directed to me, not my client.

Alyssa
[Quoted text hidden]

--
**A. BRUNO LAW**
Alyssa M. Bruno, Esq.
44 N. 2nd Street
P.O. Box 468
Easton, PA 18044
(610) 258-4003
www.abrunolaw.com

---

📄 **Email to Sophia Parker from Sarita Jha of Temperley Holdings Ltd..pdf**
71K

11:14  .ıl 5G 79

< Back

**Sarita**    10:53 AM
To: studio@wifenyc.com >

# RE: Temperley Reaching Out to Ms. Sophia Parker

Dear Ms. Parker,

I hope you are well. I'm reaching out in my capacity as a board member of Temperley Holdings Limited. We remain open to the possibility of a direct conversation between principals, as previously suggested through counsel, to explore whether a sensible and timely resolution might be achieved.

We recognize that legal processes can be lengthy and costly for all involved, and where appropriate, we believe constructive dialogue may sometimes help move things forward. If this is something you would consider, we would be happy to coordinate at a convenient time. I wanted to assure this message has been conveyed to you by this direct contact.

Kind regards,
Sarita

Board Member, Temperley Holdings Limited

Sarita Jha, CFA

   

11:14 ..Il 5G 79

‹ Back    Temperley Reachin... ∧ ∨

counsel, to explore whether a sensible and timely resolution might be achieved.

We recognize that legal processes can be lengthy and costly for all involved, and where appropriate, we believe constructive dialogue may sometimes help move things forward. If this is something you would consider, we would be happy to coordinate at a convenient time. I wanted to assure this message has been conveyed to you by this direct contact.

Kind regards,
Sarita

Board Member, Temperley Holdings Limited

Sarita Jha, CFA

Special Advisor to the CEO
Luxutte Capital Limited

LUXUTTE

sarita@luxutte.com
+1310 978 7825 (Mobile)
+447500 867 127 (WhatsApp)

LUXUTTE

