UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
(Cleveland)

| | |
|---|---|
| Sophia Parker Studios, Inc., trading as WIFE NYC,<br><br>    Plaintiff,<br><br>v.<br><br>Alice Temperley MBE, TMLL Ltd. (trading as Temperley London), Temperley Holdings Ltd. (t/a Temperley Holdings), Romo Ltd. (t/a ROMO and/or Romo Group), Romo (Holdings) Ltd., Romo, Inc. (t/a ROMO Fabrics and Wallcoverings and ROMO USA, and Does 1-20, Inclusive,<br><br>    Defendants. | Case No. 1:24-cv-02086-PAB<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF DR. JANET STRATH

I, Dr. Janet Strath, declare the following:

    1.    I am familiar with the facts state herein, and if called to testify, would competently testify thereto.

    2.    I am a paralegal at the law firm Maucher Jenkins, which is corporate counsel for Temperley Holdings Ltd. I am located in the London office of Maucher Jenkins, in the United Kingdom.

    3.    On April 22, 2025, I spoke by telephone with a representative at the King's Bench with respect to the status of service of process in this matter. I was informed that the matter reference number is KF-2025-003211.

    4.    On the call on April 22, the representative stated that there was no activity on the file since March 28, 2025, and that the King's Bench was waiting for a response from Plaintiff.

1

5. I inquired about whether service had been effectuated, and the representative confirmed that the claim had not been served yet, nothing had been issued to that effect, and that as representatives of Temperley Holdings Ltd., no action was required.

6. I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate to the best of my knowledge.

Dated: 16 May 2025

Dr. Janet Strath: *J. Strath*