**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**(Cleveland)**

| | |
|---|---|
| Sophia Parker Studios, Inc., trading as WIFE NYC, <br><br> Plaintiff, <br><br> v. <br><br> Alice Temperley MBE, TMLL Ltd. (trading as Temperley London), Temperley Holdings Ltd. (t/a Temperley Holdings), Romo Ltd. (t/a ROMO and/or Romo Group), Romo (Holdings) Ltd., Romo, Inc. (t/a ROMO Fabrics and Wallcoverings and ROMO USA, and Does 1-20, Inclusive, <br><br> Defendants. | Case No. 1:24-cv-02086-PAB <br><br> Judge Pamela A. Barker <br><br> Magistrate Judge Reuben J. Shepherd |

## DECLARATION OF NEIL SEXTON

I, Neil Sexton, declare the following:

1.      I am familiar with the facts state herein, and if called to testify, would competently testify thereto.

2.      I am a citizen of the United Kingdom (UK) and a member of the board of directors for Romo Ltd., Romo (Holdings) Ltd., and The Romo Group Ltd. (collectively, "Romo UK Entities").

3.      All Romo UK Entities are based in the U.K.

4.      Romo Ltd. is a trading company that designs fabrics and wallcoverings for interior furniture and décor. Romo Ltd. operates from a facility in the UK, which it leases from Romo (Holdings) Ltd.

1

5.  Romo (Holdings) Ltd. is a parent company based in the UK. Romo (Holdings) Ltd. is the sole owner of Romo Ltd. and its trading property.

6.  The Romo Group Ltd. is a parent company based in the UK and the sole owner of Romo (Holdings) Ltd. The Romo Group Ltd. was established in 2022 as an acquisition vehicle due to internal restructuring within Romo (Holdings) Ltd., and all Romo UK Entities have common directors.

7.  As the trading company, Romo Ltd. handles all operations in the UK, and is responsible for all staff, design, procurement, inventory, and sales of goods and services.

8.  Romo Ltd. is the sole owner of Romo Inc. However, no one employed with Romo Ltd. interacts directly with any U.S. customer, save for any general interactions that took place during the promotional events that were held in Los Angeles and New York for the products in issue here (as referred to in paragraph 28 of this declaration).

9.  The Romo UK Entities are largely engaged in the "business-to-business" (B2B) sales of products to trade customers.

10. Romo, Inc. is a company with its U.S. head office in the State of Ohio. Romo Inc. does not conduct any sales from its Ohio office nor stock any products for sale at its facility in Ohio, other than products which have been shipped by the Romo UK Entities as a result of a customer order received by Romo Inc (as further explained in paragraph 22 of this declaration).

11. Romo Inc. leases its Ohio office from 16722 WPCD, a wholly owned subsidiary of Romo Inc. Romo Inc. also leases showrooms in the following locations:

    • New York City

    • Los Angeles

- Atlanta

- Boston

- Dallas

- Chicago

- Fort Lauderdale

- Washington, D.C.

12. Romo Inc. does not own any showrooms and leases all showrooms from independent third parties.

13. Romo Inc. and the Romo UK Entities share one website (the "Romo Website"). However, all advertising, promotion, and marketing activities on the Romo Website are run through the U.K. All website promotions are managed by Romo UK Entities, in the U.K.

14. All Romo's products are stored in the U.K. and are typically ordered by yard or meter lengths of fabric.

15. There are two versions of the "Romo Website". The end-consumer-facing site, which is the only public-facing version, operates as an online brochure of our products, and includes technical details. It will let you find the nearest trade customer of Romo, but it is not transactional in the US in any way. Conversely, trade customers may register for the website's trade-only features, which allows them to login and order complimentary samples online. For a U.S. trade customer to do so, the trade customer must register with Romo as a trade buyer and have a trade login granted to them to use the website.

16. U.S. trade customers can order samples directly from Romo, Inc., which only stores small samples of fabric (e.g., approximately an eight-inch square).

17. Most of Romo's products require skill and expertise to use or install. Accordingly, Romo's products are not the kinds of products that would be bought directly by an end-user or your average consumer. Rather, Romo products are ordered by customers in the trades.

18. U.S. trade customers place all orders with Romo, Inc. Since the website is not transactional, those customers must place their orders by phone or via e-mail to Romo, Inc., or by visiting a U.S. showroom of Romo, Inc.

19. If a trade customer wants additional patterning, such as pattern books or swatches, they must contact the office or their local sales representative.

20. Regardless of trade customer status, no U.S. consumer can purchase products directly from the Romo website, and must first reach out to Romo, Inc.

21. While showrooms leased by Romo Inc. are open to walk-in visitors, consumers cannot purchase any products directly from these showrooms and are referred to trade customers for purchases.

22. When a U.S. trade customer's order is made with Romo, Inc., the order gets rung up by Romo, Inc., held by Romo, Inc., and then links to the Romo UK Entities system, indicating that an order needs to be fulfilled (e.g., an order to cut ten (10) meters of fabric).

23. When the Romo UK Entities send product to the United States, it is invoiced to Romo, Inc., and Romo, Inc. is the importer of record and responsible for the cost to import the product. However, the Romo UK Entities ship the parcels themselves directly to the trade customers that ordered the product, typically via FedEx.

24. Romo Inc. and Romo UK Entities primarily target consumers located in the UK, Europe and the United States, which collectively account for approximately 90% of global sales.

The remaining 10% of sales are attributed to Australia, New Zealand, the United Arab Emirates, South Africa, China, and Japan.

25. Between 2020 and April of 2025, Romo's sales in the State of Ohio accounted for just 1.6% of all U.S. sales.

26. Romo Inc. and Romo UK Entities interact with social media users on platforms such as Instagram, Pinterest, and Facebook through likes, comments, and direct messages. The primary focus of outbound activity is trade customers, though the company also responds to consumer inquiries.

27. Romo Inc. and Romo UK Entities collect basic analytics provided by social media platforms, which indicate that approximately 21% of Romo's global social media followers are located in the United States and North America, primarily in the following major cities:

- Atlanta, Georgia
- Chicago, Illinois
- Los Angeles, California
- Dallas, Texas
- Toronto, Ontario
- Houston, Texas
- New York City, New York
- Charlotte, North Carolina

28. Product launches typically involve Romo Inc. sales staff visiting trade customers with new products. With respect to the products at issue here, Romo Inc. hosted promotional events in Los Angeles and New York.

29.  Romo Inc. and the Romo UK Entities do not maintain any relationships with United States retail chains or customers who stock goods for resale or engage directly with any retail chains.

30.  Apart from ownership shares in Romo Inc., the Romo UK Entities do not directly own any property, bank accounts, or other business interests in the United States. The only U.S. item owned by the Romo UK Entities is the one hundred percent (100%) share interest in Romo, Inc.

31.  Romo UK Entity board members have occasionally visited the Chagrin Falls office in connection with site visits to Romo, Inc.

32.  Neither Romo Inc. nor the Romo UK Entities have ever been involved in a lawsuit relating to copyright infringement, in the United States or elsewhere.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate to the best of my knowledge.

Dated: May 27, 2025

_____

NEIL SEXTON