# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# (Cleveland)

| | |
|---|---|
| SOPHIA PARKER STUDIOS, INC. (t/a WIFE NYC),<br><br>  Plaintiff,<br><br>v.<br><br>ALICE TEMPERLEY MBE, TMLL LTD. (t/a TEMPERLEY LONDON), TEMPERLEY HOLDINGS LTD. (t/a TEMPERLEY HOLDINGS), ROMO LTD. (t/a ROMO and/or THE ROMO GROUP), ROMO (HOLDINGS) LTD., ROMO, INC. (t/a ROMO FABRICS AND WALLCOVERINGS and ROMO USA), THE ROMO GROUP LTD., AND DOES 1-20, inclusive,<br><br>  Defendants. | Case No. 1:24-cv-02086-PAB<br><br>Judge Pamela A. Barker<br><br>Magistrate Judge Reuben J. Shepherd |

### [PROPOSED] ORDER GRANTING THE ROMO GROUP LTD., ROMO LTD., AND ROMO (HOLDINGS) LTD.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(2) AND (6)

The Court, having reviewed and considered Defendants The Romo Group Ltd., Romo Ltd., and Romo (Holdings) Ltd.'s Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6) is of the opinion that good cause exists, and the Motion should be GRANTED in its entirety. The First Amended Complaint is dismissed with prejudice as to Defendants The Romo Group Ltd., Romo Ltd., and Romo (Holdings) Ltd.

Entered on _____ day of _____, 2025

_____
HONORABLE JUDGE BARKER

HB: 4911-4622-9829