**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

                                                              Case No.

                **Plaintiff,**

-vs-                              **JUDGE PAMELA A. BARKER**

                                                       **ORDER**
                **Defendant.**

In the event of a discovery dispute, the parties shall comply with the requirements of Local Rule 37.1 before requesting the Court's assistance.  Specifically, if they have not already done so, counsel are directed to meet and confer regarding the dispute.  The meet and confer must be conducted in person, by video conference, or by telephone conference.  Email communications will never be sufficient to demonstrate a good faith effort to confer and resolve such a dispute.  If counsel are unable to resolve the dispute through such consultation, the parties may then (and only then) file their respective Position Papers on the docket.

In these Position Papers, the parties must: (1) certify that they have made a sincere, good faith effort to resolve the dispute; (2) attach as exhibits any emails or other written correspondence documenting counsel's efforts to resolve the dispute prior to requesting Court assistance; and (3) attach as exhibits copies of the written discovery requests and responses at issue, as well as any other materials relevant to the dispute.  Excluding exhibits, Positions Papers shall be no longer than five

(5) pages in length. Unless specifically directed by the Court to do so, the parties may not file replies to the opposing side's Position Paper.

Lastly, **counsel shall not call or email Chambers to request assistance regarding a discovery dispute**. All communications with the Court regarding discovery issues shall be filed on the docket, as set forth above.

**IT IS SO ORDERED.**

                                                               _s/Pamela A. Barker_
                                                               PAMELA A. BARKER
                                                               U. S. DISTRICT JUDGE