**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| SOPHIA PARKER STUDIOS, INC. (t/a WIFE NYC), | **Case No. 1:24-cv-02086-PAB** |
| Plaintiff, | Judge Pamela A. Barker |
| v. | Magistrate Judge Reuben J. Shepherd |
| ALICE TEMPERLEY MBE, TMLL LTD. (t/a TEMPERLEY LONDON), TEMPERLEY HOLDINGS LTD. (t/a TEMPERLEY HOLDINGS), ROMO LTD. (t/a ROMO and/or THE ROMO GROUP), ROMO (HOLDINGS) LTD., ROMO, INC. (t/a ROMO FABRICS AND WALLCOVERINGS and ROMO USA), THE ROMO GROUP LTD., AND DOES 1-20, inclusive, | **PLAINTIFF SOPHIA PARKER STUDIOS, INC.'S MOTION FOR LEAVE TO FILE AN AMENDED LOCAL RULE 37.1 POSITION PAPER WITH EXHIBITS *INSTANTER*** |
| Defendants. | |

Plaintiff Sophia Parker Studios, Inc. (t/a WIFE NYC) ("**Plaintiff**") respectfully moves the Court for leave to file *instanter* an Amended Rule 37.1 Position Paper and full exhibits in support of the same.  On April 17, 2026, Plaintiff filed its Position Paper along with Defendants' Responses to Plaintiff's First Set of Requests for Production of Documents and their Answers and Objections to Plaintiff's First Set of Interrogatories; however, Plaintiff was unable to file the full exhibits in support of its Position Paper due to a loading/technical difficulty on the Court's CM/ECF system that prevented counsel from being able to load the site and upload all of the documents in a timely manner.  See Decl. of

1

Alyssa M. Bruno, at ¶ 1-3. Ultimately, counsel was able to upload the Position Paper and Defendants' Responses to Plaintiff's First Set of Requests for Production of Documents and their Answers and Objections to Plaintiff's First Set of Interrogatories on April 17, 2026 but was not able to upload all of the accompanying exhibits on that date. (See *Doc. 94*); see also Decl. of Alyssa M. Bruno, at ¶ 3. After the upload of the initial Position Paper and some of the exhibits was complete, counsel attempted to upload the remainder of the exhibits; however, the CM/ECF system continued to reject the upload of those documents, even after several attempts. See Dec. of Alyssa M. Bruno, at ¶ 4. Finally, on April 18, 2026, counsel was able to successfully upload the Amended Position Paper along with all of the exhibits referenced therein. (See *Doc. 95*); see also Decl. of Alyssa M. Bruno, at ¶ 5. Plaintiff hereby seeks leave of Court *instanter* to file its Amended Position Paper and accompanying exhibits submitted on April 18, 2026 at *Doc. 95* and for those submissions to be considered timely on the grounds that the CM/ECF system was experiencing technical difficulties on April 17, 2026 at the time that Plaintiff's counsel attempted to file the documents with the Court. The exhibits that were not included in the original filing with the Position Paper on April 17, 2026 but were included in the amended filing on April 18, 2026 are as follows: Exhibits A (1-6), C-G, and H (1-6). See Decl. of Alyssa M. Bruno, at ¶ 6. Given the importance of the exhibits that were able to be uploaded in the April 18, 2026 filing but not the April 17, 2026 filing, including the back-and-forth letters/emails between counsel concerning the discovery matters at issue, which include case law references on those points, Plaintiff believes it would be beneficial for the Court to review all of the accompanying exhibits in order to have a full understanding of the factual and legal issues relevant to Plaintiff's Position Paper.

Plaintiff respectfully requests leave of Court pursuant to Fed. R. Civ. P. 6(b)(1)(B) to file *instanter* its full accompanying exhibits in support of its Amended Position Paper as set forth in *Doc. 95* and for those documents to be considered timely filed.

A proposed Order is attached for the Court's convenience.

Dated:  April 18, 2026

By:     */s/ Alyssa M. Bruno*
                      _____

Alyssa M. Bruno
(PA ID #321345; NJ ID #152382016)
[*Admitted to this Court*]
**A. BRUNO LAW**
P.O. Box 468
Easton, PA 18044
Telephone: (610) 258-4003
Email: abruno@abrunolaw.com

*Attorney for Plaintiff Sophia Parker Studios, Inc. (t/a WIFE NYC)*

3

**CERTIFICATION**

I, Alyssa M. Bruno, hereby certify that this day, April 18, 2026, I caused the foregoing document to be filed electronically with the Clerk of Court, and therefore served upon all counsel of record.

/s/ *Alyssa M. Bruno*
Alyssa M. Bruno