**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

SOPHIA PARKER STUDIOS, INC.
(t/a WIFE NYC),

               Plaintiff,

v.

ALICE TEMPERLEY MBE, TMLL LTD. (t/a
TEMPERLEY    LONDON),    TEMPERLEY
HOLDINGS    LTD.    (t/a    TEMPERLEY
HOLDINGS),  ROMO LTD. (t/a ROMO and/or
THE  ROMO  GROUP),  ROMO  (HOLDINGS)
LTD., ROMO, INC. (t/a ROMO FABRICS AND
WALLCOVERINGS  and  ROMO USA),  THE
ROMO  GROUP  LTD.,  AND  DOES  1-20,
inclusive,

               Defendants.

**Case No. 1:24-cv-02086-PAB**

Judge Pamela A. Barker

Magistrate Judge Reuben J. Shepherd

**DECLARATION OF ALYSSA M.
BRUNO, ESQ.**

I, Alyssa M. Bruno, Esq., counsel for Plaintiff, declare and state as follows:

1) On April 17, 2026, I attempted to file Plaintiff's Local Rule 37.1 Position Paper and accompanying exhibits, but upon trying to access the CM/ECF website, the website would not load, and an error notice kept appearing.  See Exhibit A.

2) I attempted to reload the page several times, but it appeared that a technical difficulty was preventing the page from properly loading.  See Exhibit B.

3) I was eventually able to upload the Position Paper along with Defendants' Responses to Plaintiff's First Set of Requests for Production of Documents and

1

their Answers and Objections to Plaintiff's First Set of Interrogatories as exhibits on April 17, 2026; however, I was not able to upload all of the exhibits that I intended to upload in a timely manner due to the loading/technical difficulty on the Court's CM/ECF system.

4) After successfully uploading the Position Paper and some of the intended exhibits, I attempted to upload the remainder of the intended exhibits; however, the CM/ECF system continued to reject the upload of those documents, even after several attempts.

5) Finally, on April 18, 2026, I was able to successfully upload the Amended Position Paper, which reflects the revised date of April 18, 2026 and differs from the initial Position Paper only by the deletion of one sentence on pg. 1 referencing a response email to Attorney Ahmed, along with all of the exhibits referenced therein.  (See *Doc. 95*)

6) The exhibits that were not included in the original filing with the Position Paper on April 17, 2026 but were included in the amended filing on April 18, 2026 are as follows: Exhibits A (1-6), C-G, and H (1-6).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on 4/18/26 _____.

*/s/ Alyssa M. Bruno*
_____
Alyssa M. Bruno