Case: 1:24-cv-02086-PAB  Doc #: 96-4  Filed: 04/18/26  1 of 1.  PageID #: 9152

